Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAPE MATERIAL HANDLING, INC., and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 1:17-cv-01291-AWI-BAM<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits the following unopposed ex parte motion to continue the mandatory scheduling conference, which is currently set for December 13, 2017, to late January 2018.

On September 27, 2017, the EEOC filed the instant action against Defendant. (*See* Docket No. 1.) Thereafter, the Court issued an order setting the mandatory scheduling conference for December 13, 2017. (Docket No. 3). Pursuant to that Order, the joint scheduling

-1-

report is due on December 6, 2017, and the parties must meet and confer pursuant to Rule 26(f) by November 22, 2017. *Id.*

        Good cause exists to continue the mandatory scheduling conference to late January 2018 since Defendant has agreed to waive service of the summons and its responsive pleading is not due until December 18, 2017.

        Thus, the EEOC respectfully requests an ex parte motion to continue the mandatory scheduling conference, and the deadline for the Rule 26(f) conference and the joint scheduling report. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party as the request is only to push deadlines for a month or so.

        Accordingly, the EEOC requests that this Court continue the mandatory scheduling conference, which is currently set for December 13, 2017, at least thirty (30) days.

Respectfully submitted,

Date: October 30, 2017       */s/ Lorena Garcia Bautista*
                                      Lorena Garcia-Bautista
                                      Trial Attorney
                                      U.S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION

///

///

///

///

///

///

///

///

///

///

**ORDER**

Having considered Plaintiff's Ex Parte Motion to Continue the Initial Scheduling, and for good cause shown, **IT IS HEREBY ORDERED** that the Scheduling Conference is continued from December 13, 2017 at 8:30am to January 24, 2018 at 9:00 AM in Courtroom 8 before Judge Barbara A. McAuliffe. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear by telephone by dialing 1-877-411-9748 (access code 3190866), at the time of the conference.

IT IS SO ORDERED.

Dated: **November 1, 2017**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE