Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAPE MATERIAL HANDLING, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01291-AWI-BAM<br><br>**ORDER ON JOINT MOTION TO STAY THE CASE UNTIL MAY 4, 2018** |

**FOR GOOD CAUSE SHOWING, THIS COURT HEREBY ORDERS THAT**

The case is stayed until May 4, 2018, and the deadline for Plaintiff to file a motion to quash or for protective order shall be continued to May 4, 2018. Defendant shall file an opposition, if any, on or before May 18, 2018, and Plaintiff may file a reply on or before May 25, 2018. The Court will automatically lift the stay on May 4, 2018.

IT IS SO ORDERED.

Dated**:  April 18, 2018**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE