# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAPE MATERIAL HANDLING, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01291-AWI-BAM<br><br>**ORDER REGARDING THIRD JOINT MOTION TO STAY THE CASE AND CONTINUE DEFENDANT'S DEADLINE TO FILE AN OPPOSITION TO EEOC'S MOTION TO QUASH AND THE EEOC'S REPLY TO SUCH MOTION PENDING SETTLEMENT DISCUSSIONS**<br><br>**(Doc. No. 30)** |

Pursuant to the stipulation of the parties filed on June 8, 2018, and good cause appearing, IT IS HEREBY ORDERED that this case is STAYED until July 20, 2018. IT IS FURTHER ORDERED that the deadline for Defendant to file an opposition, if any, to Plaintiff EEOC's Motion to Quash (Doc. No. 29) is CONTINUED to July 27, 2018, and the deadline for Plaintiff to file a reply is CONTINUED to August 3, 2018.

IT IS SO ORDERED.

Dated: **June 11, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE