1 LITTLER MENDELSON, P.C.
RYAN L. EDDINGS, Bar No. 256519
2 reddings@littler.com
ANDREW H. WOO, Bar No. 261120
3 awoo@littler.com
5200 North Palm Avenue, Suite 302
4 Fresno, CA 93704.2225
Telephone: 559.244.7500
5 Facsimile: 559.244.7525

6 Attorneys for Defendant
PAPE MATERIAL HANDLING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>Plaintiff, <br><br>v. <br><br>PAPE MATERIAL HANDLING, INC., <br><br>Defendants. | Case No. 1:17-cv-01291-AWI-BAM <br><br>ORDER GRANTING IN PART JOINT MOTION TO STAY THE CASE UNTIL SEPTEMBER 6, 2018 <br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE <br><br>Date: September 11, 2018 <br>Time: 9:30 a.m. <br>Ctrm: 8(BAM) <br><br>(Doc. 32) |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Pape Material Handling, Inc. ("Defendant") submit the following Fourth Joint Motion to Stay the Case until September 6, 2018 and continue the July 27, 2018 deadline for Defendant to file an opposition to Plaintiff's motion to quash to September 13, 2018, and continue the August 3, 2018 deadline for the EEOC to file a reply to September 20, 2018 pending settlement discussions.

On June 11, 2018, this Court granted the parties' Third Joint Motion to Stay the

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Fourth Joint Motion to Stay the Case    CASE NO. 1:17-CV-01291-AWI-BAM

1 Case, staying the case until July 20, 2018 pending the mediation that was scheduled on July 19, 2018. Since then, the parties had to reschedule the mediation due to the availability of Defendant's representatives. The mediation is now scheduled to occur on September 5, 2018.

Accordingly, the parties jointly request that the Court continue the same deadlines based on the new mediation date. Furthermore, to accommodate the mediation, the parties jointly request that the non-expert discovery deadline, currently set for February 8, 2019, be extended to April 8, 2019 to accommodate the continued mediation. The parties do not request that any other dates, including the trial date, be changed.

Should the Court require a status conference, the parties will make themselves available.

Dated: July 9, 2018

By: /S/ Lorena Garcia-Bautista
Lorena Garcia-Bautista
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: July 9, 2018

By: /S/ Ryan L. Eddings
Ryan L. Eddings
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PAPE MATERIAL HANDLING, INC.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Fourth Joint Motion to Stay the Case; Order    2.    CASE NO. 1:17-CV-01291-AWI-BAM

**ORDER**

The case is stayed until September 6, 2018. Defendant shall file an opposition, if any, to Plaintiff's Motion to Quash (Docket No. 29), on or before September 13, 2018, and Plaintiff may file a reply on or before September 20, 2018.

The Court **SETS** a **TELEPHONIC STATUS CONFERENCE** for **September 11, 2018 at 9:30 AM in Courtroom 8(BAM)** before Magistrate Judge Barbara A. McAuliffe. At the status conference, the Court will take up the issue of whether to continue the stay of this case and the related continuation of the non-expert discovery deadline.

IT IS SO ORDERED.

Dated: **July 18, 2018**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500