Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PAPE MATERIAL HANDLING, INC., and Does 1-10 inclusive, <br><br> Defendants. | Case No.: 1:17-cv-01291-AWI-BAM <br><br> [**PROPOSED**] ORDER |

Pursuant to the Antideficiency Act (31 U.S.C. § 1341), on December 26, 2018, the EEOC filed a motion to stay this case until the current government shutdown is resolved and the federal government is once again funded. The EEOC represents that Defendant has no objections. The Court will grant the EEOC's motion.

-1-

# ORDER

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter is **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding. Additionally, upon adequate funding, the EEOC will move the Court to lift the stay as soon as possible.

IT IS SO ORDERED.

Dated:   December 26, 2018                    _____
                                                                    SENIOR DISTRICT JUDGE