Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAPE MATERIAL HANDLING, INC., and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01291-AWI-BAM<br><br>[~~PROPOSED~~] ORDER LIFTING STAY AND SETTING NEW DEADLINE FOR FILING CONSENT DECREE |

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that that the stay of this litigation (ECF No. 47) is now lifted and the new deadline to file the Proposed Consent Decree is March 7, 2019.

IT IS SO ORDERED.

Dated: __January 30, 2019__      _____
                                  SENIOR DISTRICT JUDGE

-1-