Anna Y. Park, CA SBN 164242
Sue J. Noh, CA SBN 192134
Rumduol Vuong, CA SBN 264392
Lorena Garcia-Bautista, CA SBN 234091
Gina Carrillo, AZ SBN 030579
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAPE MATERIAL HANDLING, INC., and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01291-AWI-BAM<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THE PROPOSED CONSENT DECREE; AND ORDER** |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANT, AND ALL ATTORNEYS OF RECORD:**

Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") and Defendant Pape Material Handling, Inc. (hereinafter "Defendant"), through their respective counsel of record, hereby submits this Joint Stipulation for the Court to extend the deadline for the Parties to file the Proposed Consent Decree from

-1-

1 | March 7, 2019 to April 8, 2019.

2 As previously stated, the Plaintiff and Defendant (hereinafter collectively "Parties") were able to reach a settlement on September 20, 2018, and have agreed in principle to the monetary amount and major terms of the injunctive remedies. (ECF No. 38) Per the Parties' request, the Court ordered the Parties to file the Proposed Consent Decree no later than March 7, 2019. (ECF No. 49).

During this time, the Parties have diligently worked towards finalizing the many details of the Proposed Consent Decree, which have included exchanging drafts of the Proposed Consent Decree and its exhibit. While the Parties have made significant progress, the Parties need an additional 30 days to finalize the Proposed Consent Decree. As such, good cause exists to extend the deadline to file the Proposed Consent Decree, as such action would minimize costs and conserve judicial resources to concentrate on finalizing the Proposed Consent Decree. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party.

Accordingly, the Parties request that this Court continue the stay of the case and extend the March 7, 2019 deadline for the Parties to file the Proposed Consent Decree to 30 days or April 8, 2019.

Respectfully submitted,

Dated: March 4, 2019          */s/ Lorena Garcia-Bautista*
Lorena Garcia-Bautista
Attorney for Plaintiff U.S. EEOC
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: March 4, 2019          */s/ Ryan L. Eddings*
Ryan L. Eddings
Attorney for Defendant
Pape Material Handling, Inc.

I, Lorena Garcia-Bautista, certify that the content of this document is acceptable to all persons required to sign the document as I obtained authorization for the electronic signatures of all parties on the document.

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the deadline for the parties to file the Proposed Consent Decree is HEREBY EXTENDED to April 7, 2019. However, the stay in this matter was lifted on January 30, 2019, and therefore will not be extended. *See* Doc. No. 49.

IT IS SO ORDERED.

Dated: **March 6, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE