RYAN L. EDDINGS, Bar No. 256519
reddings@littler.com
ANDREW H. WOO, Bar No. 261120
awoo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
PAPE MATERIAL HANDLING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PAPE MATERIAL HANDLING, INC.,<br><br>Defendants. | Case No. 1:17-CV-01291-AWI-BAM<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE THE PROPOSED CONSENT DECREE; AND ORDER**<br><br>Complaint Filed: September 27, 2017 |

TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, PLAINTIFF, AND ALL ATTORNEYS OF RECORD:

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff") and Defendant Pape Material Handling, Inc. ("Defendant"), through their respective counsel of record, hereby submits this Joint Stipulation for the Court to extend the deadline for the Parties to file the Proposed Consent Decree from April 19, 2019 to May 2, 2019.

As previously stated, the Plaintiff and Defendant (hereinafter collectively "Parties") were able to reach a settlement on September 20, 2018, and have agreed in principle to the monetary amount and major terms of the injunctive remedies. (ECF

No. 38) Per the Parties' request, the Court ordered the Parties to file the Proposed Consent Decree no later than April 19, 2019. (ECF No. 53).

During this time, the Parties have diligently worked towards finalizing the many details of the Proposed Consent Decree, which have included exchanging drafts of the Proposed Consent Decree and its exhibit. While the Parties have made significant progress, the Parties need a two-week extension to finalize the Proposed Consent Decree and obtain signatures.

As such, good cause exists to extend the deadline to file the Proposed Consent Decree, as such action would minimize costs and conserve judicial resources to concentrate on finalizing the Proposed Consent Decree. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party.

Accordingly, the Parties request that this Court extend the April 19, 2019 deadline for the Parties to file the Proposed Consent Decree to May 2, 2019.

Dated: April 18, 2018　　　　　　　　U.S. EQUAL EMPLOYMENT
　　　　　　　　　　　　　　　　　　OPPORTUNITY COMMISSION


By: /s/ Lorena Garcia-Bautista
LORENA GARCIA-BAUTISTA
Attorneys for Plaintiff U.S. EEOC

Dated: April 18, 2018　　　　　　　　LITTLER MENDELSON, P.C.


By: /s/ Ryan L. Eddings
RYAN L. EDDINGS
Attorneys for Defendant
PAPE MATERIAL HANDLING, INC.

I, Ryan L. Eddings, certify that the content of this document is acceptable to all persons required to sign the document as I obtained authorization for the electronic signatures of all parties on the document.

Joint Stip. to Extend Deadline to File
Consent Decree; Order　　　　2.　　　　CASE NO. 1:17-CV-01291-AWI-BAM

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the Proposed Consent Decree and other settlement documents is extended to May 2, 2019. If a further continuance is requested, the Court may set a status conference to assist the parties work through their difficulties.

IT IS SO ORDERED.

Dated: **April 19, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Joint Stip. to Extend Deadline to File Consent Decree; Order    3.    CASE NO. 1:17-CV-01291-AWI-BAM